**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00067-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID GWIN,

    Defendant.

_____

### ORDER TO RESPOND
_____

This matter is before the Court on Government's Motion to Disclose Grand Jury Materials Under Specified Conditions to the Attorney for Defendant Pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i) (Doc. # 17).  It is

ORDERED that Defendant shall have up to and including April 30, 2009, in which to respond to the parameters set out in the Government's Motion.

DATED: April 17, 2009.

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Court