**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00067-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID GWIN,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Doc. # 68), a Change of Plea hearing is set for **Friday, February 19, 2010 at 11:00 a.m.** in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on February 17, 2010**. <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).  The Final Trial Preparation Conference, set for March 19, 2010, and the two-week jury trial date of April 5, 2010 will remain on this Court's docket until such time as Defendant Gwin's Change of Plea is accepted by the Court.

DATED:  February __10__, 2010        BY THE COURT:

                                                                           _____
                                                                           CHRISTINE M. ARGUELLO
                                                                           United States District Judge