**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00067-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID GWIN,

    Defendant.

___

**ORDER GRANTING RETURN OF PROPERTY**
___

This matter is before the Court on the Defendant's Motion for Return of Property (Doc. # 113), filed June 8, 2010, and the Government's Response to Defendant's Motion for Return of Property (Doc. # 121), filed June 18, 2010. The Government does not object to the Defendant's Motion. It is, therefore,

ORDERED that Defendant's Motion for Return of Property (Doc. # 113) is GRANTED and Defendant's passport shall be returned.

DATED: July __28__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court