**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 09-cr-00067-CMA
Civil Action No.12-cv-02035-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID D. GWIN,

    Defendant/Movant.

---

**ORDER GOVERNMENT ANSWER**

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **February 28, 2013,** shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED: February __14__, 2013

                BY THE COURT:

                *Christine M Arguello*

                CHRISTINE M. ARGUELLO
                United States District Judge