**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00067-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID GWIN,

    Defendant.

---

### ORDER REGARDING DEFENDANT'S JUDICIAL NOTICES

This matter is before the Court on Defendant's Judicial Notice of Government's Violation of Fed.R.Civ.P. 5(a) (Doc. # 160) and Judicial Notice and Objection to the Government's Motion to Enlarge Page Limitation for Response to 2255 Motion (Doc. # 161). Upon review, the Court interprets these "notices" as motions and FINDS as follows:

In its Response to Document Numbers 160-162 (Doc. # 163), filed March 26, 2013, the government confirmed that it had indeed sent notice to Defendant Gwin.

**In response to Doc. # 160:** The government's Motion for a 15-Day Extension of Time to File Response to Habeas Petition (Doc. # 149), dated February 19, 2013, contains a "Certificate of Service" indicating service by mail to "David D. Gwin #36134-013; Englewood FCI; 9595 West Quincy Avenue; Littleton, Colorado 80123." The Court notes that every motion filed by the government in this matter contains a similar

"Certificate of Service." Therefore, Doc. # 160, which the Court deems a motion for the Court to order the government to show proof of service for its motion for enlargement of time, is DENIED.

**In response to Doc. # 161:**

On February 15, 2013, the government filed an Entry of Appearance and Request for Notices (Doc. # 148) as to Laurie Dean, Special Assistant United States Attorney. This document includes a Certificate of Service indicating service by mail to "David D. Gwin #36134-013," at the address of Englewood FCI. Therefore, Doc. # 161, which the Court deems a motion for the Court "to strike all motion's [sic], answers or briefs filed by Laurie K. Dean on grounds the Government did not file an appearance of counsel form with the court," is DENIED.

DATED: April __11__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge